IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL ACTION NO. |
| v. ) | 1:12cr178-MHT |
| ) | (WO) |
| MYRON JACOBY DAWSEY ) | |

## OPINION AND ORDER

This cause is before the court on an unopposed motion to continue by defendant Myron Jacoby Dawsey, made orally on November 9, 2012. The trial is currently set for December 10, 2012. Based on the representations made on the record on November 9 and for the reasons set forth below, the court finds that jury selection and trial should be continued to March 18, 2013.

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," id. § 3161(h)(7)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

2

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interests of the public and Dawsey in a speedy trial. Dawsey is currently seeking an agreement with the government for pre-trial diversion, and his counsel represented that more time is needed to negotiate with the government. Further, Dawsey's counsel will be on leave for two weeks during the critical period leading up to trial.

\*\*\*

Accordingly, it is ORDERED that:

(1) Defendant Myron Jacoby Dawsey's oral motion for a continuance is granted; and

(2) The jury selection and trial, now set for December 10, 2012, are reset for March 18, 2013, at 10:00 a.m., in the United States Courthouse, 100 West Troy Street, Dothan, Alabama.

DONE, this the 13th day of November, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE